**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

e.DIGITAL _____ v. KORG _____ No. 12-2580-CAB(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL    RPTR. 8 M _____

Attorneys

　　Plaintiffs                              Defendants

PAMELA CHALK _____        BITA RAHEBI _____

_____              _____

Settlement Disposition Conference held. Further Settlement Disposition Conference shall be held on April 18, 2013 at 7:30 AM.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

On or before April 16, 2013, a Joint Motion to Dismiss this case shall be filed.

DATED:  April 9, 2013

Hon. William V. Gallo
U.S. Magistrate Judge